```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEKLA BALFOUR-BROWNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDEN FINE ART NY INC. d/b/a EDEN GALLERY, CATHIA KLIMOVSKY, GUY MARTINOVSKY, GAL YOSEF, and CETRA ART CORPORATION,<br><br>Defendants. | Case No.: 1:25-cv-01142-MMG<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, on February 7, 2025, Plaintiff Tekla Balfour-Browne ("Plaintiff") filed this action against Defendants Eden Fine Art NY Inc., Cathia Klimovsky, Guy Martinovsky, Gal Yosef, and Cetra Art Corporation (collectively, "Defendants");

WHEREAS, the undersigned counsel to Defendants have been authorized to waive service of the summons and accept service of the Complaint in this action on behalf of all Defendants; and

WHEREAS, pursuant to the Southern District of New York Electronic Case Filing Rules & Instructions 8.5(b), all undersigned counsel consent to the use of their electronic signatures on this Stipulation and [Proposed] Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. The undersigned counsel for Defendants hereby accepts service of the Complaint in this action and waives service of the summons on behalf of all Defendants.

2. Defendants acknowledge receipt of the Complaint and Summons via electronic transmission to their counsel of record on February 14, 2025. Defendants agree that the date of

this stipulation constitutes the effective date of service for all purposes under Federal Rule of Civil Procedure Rule 4.

3. The Court has ordered (Dkt #30, entered on February 21, 2025) the parties' jointly proposed schedule for a response to the Complaint, including a briefing schedule if a motion to dismiss is filed.

4. Except as to the defense of insufficient service of process and insufficient process, by entering into this Stipulation, Defendants do not waive, and hereby expressly preserve, all potential defenses in this litigation, including but not limited to defenses relating to venue or jurisdiction.

Dated: February 28, 2025
       New York, NY

*/s/ Chet B. Waldman*
WOLF POPPER LLP
Chet B. Waldman
cwaldman@wolfopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Matthew Insley-Pruitt
minsley-pruitt@wolfpopper.com
Justyn Millamena
jmillamena@wolfpopper.com
845 Third Avenue, 12th Floor
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

Max Burwick
max@burwick.law
BURWICK LAW, PLLC
43 West 43rd Street, Suite 114
New York, NY 10036
Tel: (646) 762-1080
Fax: (855) 978-2710

*Attorneys for Plaintiff*

*/s/ Jason P. Gottlieb*
MORRISON COHEN, LLP
Jason P. Gottlieb
jgottlieb@morrisoncohen.com
Michael Andrew Mix
mmix@morrisoncohen.com
909 Third Avenue
New York, NY 10022
Tel: (212) 735-8837
Fax: (212) 735-8600

*Attorneys for Defendants*

SO ORDERED

New York, NY

Date: ___February 28, 2025___

_____
The Honorable Margaret M. Garnett
United States District Judge

3