UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEKLA BALFOUR-BROWNE, on behalf of himself and all others similarly situated, | 25-cv-1142 |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | |
| EDEN FINE ART NY INC. d/b/a EDEN GALLERY, CATHIA KLIMOVSKY, GUY MARTINOVSKY, GAL YOSEF, and CETRA ART CORPORATION, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Eden Fine Art NY Inc., Cathia Klimovsky, Guy Martinovsky, Gal Yosef, and Cetra Art Corporation in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       March 31, 2025

MORRISON COHEN LLP

By:   /s/ Jason Gottlieb
      Jason Gottlieb
      909 Third Avenue
      New York, New York 10022
      (212) 735-8600
      jgottlieb@morrisoncohen.com

*Attorneys for Defendants Eden Fine Art NY Inc., Cathia Klimovsky, Guy Martinovsky, Gal Yosef, and Cetra Art Corporation*