UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEKLA BALFOUR-BROWNE, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>EDEN FINE ART NY INC. d/b/a EDEN GALLERY, CATHIA KLIMOVSKY, GUY MARTINOVSKY, GAL YOSEF, and CETRA ART CORPORATION,<br><br>　　　　　　　　Defendants. | 25-cv-1142 |

## DECLARATION OF DEFENDANT GAL YOSEF IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, GAL YOSEF, being over the age of 21, hereby declare as follows:

1. I am a Defendant in the above-captioned lawsuit.

2. I have personal knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

3. I make this Declaration in support of Defendants' motion to dismiss (the "Motion") the Complaint in the above-captioned lawsuit dated February 7, 2025 (ECF No. 1, the "Complaint"), particularly the portion of the Motion arguing that there is no personal jurisdiction over me.

4. I am domiciled in the state of Florida, as that is where I live and intend to remain.

5. I originally was domiciled in Israel.

6. I arrived in New York in January 2022. I stayed there few months only, and I did not intend to make New York my domicile.

7. I then went back to Israel, and subsequently moved to Florida, which became my domicile beginning in June 2022. Florida remains my domicile to this day.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____March 27th_____, 2025.

By: _____
Gal Yosef